JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOUD9 ESPORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Case No. 2:24-cv-00865-PD <br><br> **JUDGMENT** |

Pursuant to the Order Granting Joint Stipulation of Dismissal without prejudice,

IT IS ADJUDGED that the above captioned action be and hereby is dismissed in its entirety, without prejudice.

Dated: May 29, 2024

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE